**UNITED STATES DISTRICT**
**DISTRICT OF MASSACHUSETTS**

TAIS NARA DE OLIVEIRA FRANCA QUINUPE, *et al,*

Petitioners,

PATRICIA HYDE
Field Office Director, *et al,*

Respondents.

Civil Action No. 25-cv-12981

DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR
KEITH M. CHAN

Pursuant to the authority of 28 U.S.C. § 1746, I, Keith M. Chan, an Assistant Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am currently serving the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), as an Assistant Field Office Director ("AFOD") in Burlington, Massachusetts. I have served in this position since May 2022 and have been employed by ICE since August 2008.

2. As AFOD, my official duties include overseeing the management, monitoring, scheduling, and execution of removal orders for aliens in ICE custody whose cases involve federal litigation. This entails ensuring compliance with court orders, legal mandates, and applicable policies while coordinating with agency counsel and the Department of Justice to address litigation-related requirements.

3. I have experience using ICE records systems to obtain information about specific aliens. ICE maintains electronic and paper records created during daily business. These records are created at or near the time of the relevant events by, or from information provided by, people with knowledge of those events. In preparing this declaration, I reviewed official ICE records, including, but not limited to, the ENFORCE Alien Removal Module ("EARM"), an electronic case-management database that ICE personnel ordinarily rely upon to determine an alien's immigration history, current case status, and, if applicable, plans for removal.
4. While preparing this declaration, I have examined the official records available to me regarding the immigration history and custody status of Tais Nara De Oliveira Franca Quinupe and Ayala Liz Quinupe Franca ("Petitioners").
5. The Petitioners are not in Immigration and Customs Enforcements ("ICE") custody.

## IMMIGRATION AND CRIMINAL HISTORY

6. Petitioners are citizens and nationals of Brazil.
7. On or around July 10, 2021, the Yuma Border Patrols agents in Arizona encountered the petitioners in their area of responsibility. During this encounter the Petitioners admitted that they were in the United States illegally.
8. After determining that Petitioners were not inspected, admitted, or paroled by an immigration officer at the time of entry and that Petitioners did not have a valid immigrant visa, reentry permit, border crossing card, or other valid entry document, Border Patrol detained Petitioners and transported the Petitioners to the Yuma Border Patrol Station for further processing.

9. On or around July 14, 2021, Border Patrol issued and served Petitioners with Notices to Appear, charging them with inadmissibility under 8 U.S.C. § 1182(a)(6)(A)(i).

10. On or around July 17, 2021, the Petitioners were released on their own recognizance.

11. On or around August 11, 2021, Border Patrol filed the Notices to Appear with the Immigration Court in Boston, Massachusetts and initiated removal proceedings against Petitioners.

12. While in removal proceedings, the Immigration Court found Petitioners to be removable pursuant to the charge contained in the Notices to Appear and found that the Petitioners did not merit any relief against removal. On or about April 15, 2025, the Immigration Court entered an order of removal against the Petitioners. The Petitioners appealed the Immigration Court's decision to the Board of Immigration Appeals (BIA).

13. On or around April 23, 2025, ICE enrolled the Petitioner, Tais Nara De Oliveira Franca Quinupe in Alternative to Detention Program and placed a GPS tracker on her.

14. On or around September 15, 2025, the BIA dismissed the Petitioners' appeal.

15. Petitioners are subject to final administrative orders of removal.

16. On or around October 9, 2025, ICE ordered the Petitioners to report to ICE for an office visit. Petitioners did not report.

17. ICE instructed Petitioners to depart the United States pursuant to their administratively final orders of removal on or by October 12, 2025. Petitioners did not depart.

18. Petitioners are not presently detained.

19. As of today's date, there are no pending motions to reopen with the Immigration Court or the BIA.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on October 21, 2025.

Digitally signed by KEITH M CHAN
Reason: I have reviewed this document
Date: 2025.10.21 16:13:23 -04'00'

Keith M. Chan
Assistant Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts