**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

TAIS NARA DE OLIVEIRA FRANCA QUINUPE and AYLA LIZ QUINUPE FRANCA,

Petitioners,

v.

PATRICIA HYDE, Field Office Director, TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and KRISTI NOEM, U.S. Secretary of Homeland Security; PAMELA BONDI, U.S. Attorney General EXECUTIVE OFFICE OF IMMIGRATION REVIEW,

Respondents.

Civil Action No. 25-cv-12981-GAO

**RESPONDENTS' STATUS REPORT AND REQUEST FOR DISMISSAL**

Petitioners are subject to a final order of removal. The temporary restraining order issued by this Court on October 12, 2025, staying the removal of Petitioners from the United States, expired on October 22, 2025. Petitioners have asked this Court to grant their habeas petition so that they may may pursue motions to reopen and other forms of immigration relief. ECF No. 12, p. 2. Petitioners also notified the Court that they had a T visa application pending. *Id.* As argued in Respondents' response to the habeas petition and reiterated in the parties' joint status report submitted on April 30, 2026, this Court lacks jurisdiction to stay removal in these circumstances. ECF No. 9, pp. 5-6; ECF No. 12, p. 1.

Additionally, since the filing of the parties' joint status report on April 30, 2026, undersigned counsel has been informed that Petitioners' bona fide determination in connection with their T visa applications was denied.

For these reasons, Respondents notify the Court they intend to enforce the final orders of removal. Respondents respectfully request dismissal of this petition because there is no relief for this Court to provide.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: *<u>/s/ Nicole M. O'Connor</u>*
NICOLE M. O'CONNOR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3112
nicole.o'connor@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any non-registered participants via first class mail.

*<u>/s/ Nicole M. O'Connor</u>*
NICOLE M. O'CONNOR
Assistant U.S. Attorney

Dated: July 15, 2026