UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TAIS NARA DE OLIVEIRA FRANCA QUINUPE,

Petitioner,

v.

PAM BONDI, *et al.*,

Respondents.

No. 1:26-cv-12981 GAO

**STATUS REPORT**

As set forth in Respondents status report submitted July 15, 2026, there is no basis to continue this action. Petitioner is not in custody but is requesting a stay of removal, something that is not before this Court and that this Court has no jurisdiction to entertain. As this matter was filed as a habeas corpus petition and Respondents no longer have Petitioner in custody, there is no reason this matter should not be dismissed.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 13, 2026

By: */s/ Ben Tolkoff*
BENJAMIN TOLKOFF
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3183
Email: Benjamin.Tolkoff@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Benjamin Tolkoff, Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: October 13, 2026

By: *<u>/s/ Ben Tolkoff</u>*
BENJAMIN TOLKOFF
Assistant United States Attorney