**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Ayla Liz Quinupe Franca et al.,**

Petitioners

V.

CIVIL ACTION

NO. 1:25-12981-GAO

**Pamela Bondi et al.,**

Respondents

**ORDER OF DISMISSAL**

O'TOOLE, D. J.

In accordance with the Court's ELECTRONIC ORDER (Dkt. No. 19) dated November 23, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

11/23/2026
Date

/s/ Flaviana de Oliveira
Deputy Clerk